[No. 44177-2-II.   Division Two.   October 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN L. HESSELGRAVE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-02300-3, Ronald E. Culpepper, J., entered November 9, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Melnick, J., and Hunt, J. Pro Tem.

[No. 69726-9-I.   Division One.   November 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KIER KEANDE GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-1-00835-6, Steven J. Mura, J., entered December 17, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 69968-7-I.   Division One.   November 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON EDWARD MARKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00543-1, Cheryl B. Carey, J., entered January 8, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 70443-5-I.   Division One.   November 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MATTHEW FEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01450-1, Bruce I. Weiss, J., entered May 15, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Schindler, JJ.